## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| HIRATA, et al.<br>    Plaintiffs,<br><br>    v.<br><br>STAMPONE, et al.<br>    Defendants. | No. 3:17-cv-01331 (SRU) |

# **ORDER**

Venue in the District of Connecticut is not proper under 28 U.S.C. § 1391(b). Accordingly, the alternative relief sought by Defendants' Motion to Dismiss (Doc. #13) is granted.

The Clerk of Court shall transfer the case to the Southern District of New York, a court where the case could have been brought, in accordance with 28 U.S.C. § 1406(a).

So ordered.

Dated at Bridgeport, Connecticut, this 10th day of January 2018.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge